IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONIDES SECO,

    Petitioner,           No. CIV S-05-2190 GEB KJM P

    vs.

DERRAL G. ADAMS,

    Respondent.       ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.[1]

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; petitioner's failure to comply with this order will result in

---

[1] The court acknowledges petitioner's representation that he has requested the fee be paid from his trust account; as of the date of this order, payment has not been received.

1

1 the dismissal of this action; and

2          2. The Clerk of the Court is directed to send petitioner a new Application to
3 Proceed In Forma Pauperis By a Prisoner.
4 DATED: December 5, 2005.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

seco2190.nfee