IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONIDES SECO,

      Petitioner,               No. CIV S-05-2190 GEB KJM P

   vs.

DERRAL G. ADAMS, et al.,

      Respondents.        ORDER

_____/

      Petitioner has requested an extension of time to file and serve a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's July 26, 2006 application for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED:  August 1, 2006.

                                             UNITED STATES MAGISTRATE JUDGE

/mp
seco2190.111